IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT DEWAYNE BARNES,**                                                          **PLAINTIFF**
**# 114034**

**V.**                                                **CIVIL ACTION NO. 1:15cv102-HSO-JCG**

**CAPTAIN ROSS, SMCI YARD**
**OFFICERS, and SMCI ERT**                                                          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this case is

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 7th day of July, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE